ALEKSEY GURYEV, Respondent, v GREGORY TOMCHINSKY et al., Appellants, and 200 RIVERSIDE BOULEVARD AT TRUMP PLACE et al., Respondents.

Submitted March 31, 2014; decided May 13, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.